# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BRADFORD P. WISEMAN,** | ) | **CASE NO. 4:05CV1712** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COLUMBIANA COUNTY JAIL,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| **DEFENDANTS.** | ) | |
| | ) | |

On September 14, 2005, this Court issued an order assigning this case to Magistrate Judge James S. Gallas for general pre-trial supervision (Dkt. # 7). On June 14, 2006 Magistrate Judge Gallas issued a Report and Recommendation that this action be dismissed. (Dkt. # 15).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. # 15) is hereby **ADOPTED**. Plaintiff's federal Title II ADA claim is **DISMISSED** with prejudice. Furthermore, the Court takes jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a) and **DISMISSES** said claim with prejudice.

**IT IS SO ORDERED**.

>**/s/ Peter C. Economus - July 7, 2006**
>**PETER C. ECONOMUS**
>**UNITED STATES DISTRICT JUDGE**