# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BRADFORD P. WISEMAN,** | ) | **CASE NO. 4:05CV1712** |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COLUMBIANA COUNTY JAIL,** | ) | **JUDGMENT** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

In accordance with the Order filed contemporaneously with this Judgment, Petitioner's action is **DISMISSED.**

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED**.

>  **/s/ Peter C. Economus - July 7, 2006**
>  **PETER C. ECONOMUS**
>  **UNITED STATES DISTRICT JUDGE**